# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 22, 2010

## BEFORE

## WILLIAM J. BAUER, Circuit Judge

| No.: 08-3624 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  MARCUS SYKES, Defendant - Appellant |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:08-cr-00095-LJM-KPF-1 Southern District of Indiana, Indianapolis Division District Judge Larry J. McKinney |

Upon consideration of the **MOTION FOR LEAVE TO CORRECT OPINION**, filed by Appellee United States of America, on March 18, 2010,

**IT IS ORDERED** that the motion is **GRANTED**. On page 3, the fourth line of the first full paragraph is amended to read, "convicted of three or more violent felonies".

form name: **c7_Order_3J** (form ID: **177**)